IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ADRIAN L. LACEY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:23-cv-71-TFM-B |
| | ) |
| MARC SEIBERT, Chief Probation | ) |
| Officer, United States Probation Office, | ) |
| Southern District of Alabama, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OPINION AND ORDER

On December 13, 2025, the Magistrate Judge entered a report and recommendation which recommends Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 be denied and this action dismissed with prejudice. *See* Doc. 31. The Magistrate Judge also recommends the denial of the ability to appeal *in forma pauperis*. *Id*. On January 17, 2025, Petitioner filed the first set of objections. *See* Doc. 34. Then on January 27, 2025, Petitioner filed a "Motion to Amend Answer to Magistrate's Order" (Doc. 35) which the Court **CONSTRUES** as additional objections. Both were considered in this review.

Having reviewed the objections, the Court finds they do not overcome the well-reasoned analysis of the Magistrate Judge and therefore they are **OVERRULED**. Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 31) is **ADOPTED** as the opinion of this Court. Accordingly, the Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 15) is **DENIED** and **DISMISSED with prejudice**. The Court further certifies that any

appeal would be without merit and not taken in good faith and therefore, Lacey is not entitled to proceed *in forma pauperis* on appeal.

Final Judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 1st day of August, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE